IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

                                              **Criminal No. 17-00195**

        **Plaintiff,**                     **ELECTRONICALLY FILED**

    **v.**

**JOSHUA WILLIAMS,**

        **Defendant.**

### ORDER OF COURT

On September 2, 2022, standby counsel for Defendant Joshua Williams, who is proceeding *pro se*,[1] filed, on behalf of Defendant, "EXHIBITS TO 'SECOND AMENDED FEDERAL PETITION TO INTERPRET AND ENFORCE STATE PLEA AGREEMENT' (DOC. 109) and 'RESPONSE TO THE GOVERNMENT'S ANSWER TO THE SECOND AMENDED FEDERAL PETITION TO INTERPRET AND ENFORCE STATE PLEA AGREEMENT' (DOC. 129)." (Doc. 140). In this filing, standby counsel states: "Defendant has withdrawn the Motion to Accept Formal Consolidation filed at Document 113." (*Id.*).

To date, the only motion formally withdrawn by Defendant is Defendant's "Motion to Recognize Linked Sentences as a Formal Order of Consolidation" (Doc. 108), which this Court ordered, by text Order on July 28, 2022, was withdrawn and terminated, and would not be ruled on. (Doc. 127). Thus, Defendant's "Motion to Accept Formal

---

[1] By Order of Court dated March 1, 2022, this Court permitted Defendant to represent himself *pro se*. (Doc. 102).

Consolidation Order," filed on Defendant's criminal docket at Doc. 113, remains

pending.

       Sentencing for Defendant currently is scheduled for September 28, 2022.

(Doc. 90).  In order for the Court to be able to properly address the many issues raised by

Defendant, Defendant must file, no later than September 13, 2022, a "Notice" that states

that the Court does/does not need to rule on Defendant's "Motion to Accept Formal

Consolidation Order," filed on Defendant's criminal docket at Doc. 113.

                          SO ORDERED this 6th  day of September, 2022.

                          s/Arthur J. Schwab
                          Arthur J. Schwab
                          United States District Judge

cc:     All ECF Registered Counsel of Record

       Joshua Williams
       USMS 38575-068
       NEOCC
       2240 Hubbard Rd
       Youngstown, OH 44505