**CoreCivic**

Northeast Ohio Correctional Center

2240 Hubbard Rd, Youngstown, OH 44505

To the Honorable Arthur J. Schwab,

My name is Dorothy Snipes and I am the Program Facilitator USMS at North East Ohio Correctional Center. Joshua Williams is my Assistant including the "GO FURTHER" substance abuse reintegration program at this facility. Joshua has completed this as well as Alcoholics Anonymous and Narcotics Anonymous. Joshua has continued this positive work experience by completing over 30 other programs from the GTL (Global Tele-Link) which is every program that this facility has to offer.

I first became acquainted with Joshua in November of 2021 when I arrived on this unit and there were no programs available. Joshua spent a lot of time and energy developing a self-help program for the detainees. He walked into my office seeking help and support after exhausting every other administrative opportunity available. I was so impressed with his knowledge and the energy that went into his proposal I spoke with my AW and made him my assistant.

In all my 7 years of education and over 20 years in the corrections have I ever been as impressed as with this young man. He has been one of the most exceptional and extraordinary individual that I have ever had the pleasure of working with. He has gone above and well beyond his duty in helping everyone whenever he can. I believe him to be a rehabilitated man who is ready to return to community. It is my greatest hope that He will continue this course and accomplishes all of his hopes and dreams of community service.

Sincerely,

Dorothy Snipes

*Dorothy Snipes*

Program Facilitator USMS (330) 884-7300 Ext. 47358





EXHIBIT 2

North East Ohio Correction Center

# Certificate of Completion

This is to certify that

## Joshua Williams (Program Facilitator Assistant)

Has successfully completed the requirements prescribed for

**CORECIVIC'S GO FURTHER REENTRY AND SUBSTANCE ABUSE PROGRAM**

Given on this, 13th day of May 2022

Program Facilitator _____

Warden David Bobby

EXHIBIT 3



**CoreCivic**

North East Ohio Correctional Center

## Certificate of Completion

This is to certify that

### Joshua Williams Program (Program Facilitator Assistant)

Has successfully committed to and completed all the requirements prescribed for

### INTENSIVE SUBSTANCE ABUSE

Given on this, 29th of August 2022

Program Facilitator _Dorothy A. Snipes_

_____
Warden David Bobby



**CoreCivic**

North East Ohio Correctional Center

# Certificate of Completion

This is to certify that

## Joshua Williams Program (Program Facilitator Assistant)

Has successfully committed to and completed all the requirements prescribed for

### COMMITTED to CHANGE

Given on this, 30th of August 2022

Program Facilitator _Dorothy L. Snyder_

Warden David Bobby



# CoreCivic

North East Ohio Correctional Center

## Certificate of Completion

This is to certify that

### Joshua Williams Program (Secretary)

Has successfully committed to and completed all the requirements prescribed for

### NARCOTICS ANONYMOUS/ ALCOHOLICS ANONYMOUS

**Beginners Program**

Given on this, 30th of August 2022

Program Facilitator Dorothy L. Snipes

Warden David Bobby

EXHIBIT 6



CROSSROADS

# CERTIFICATE OF ACHIEVEMENT

THIS CERTIFIES THAT

## Joshua Williams

HAS SUCCESSFULLY COMPLETED

### WHO ARE YOU?

_____
March 23, 2022
Date

_____
Joseph Pryor
President & CEO Crossroads



Corrections Rehabilitation Institute

# Certificate of Completion

Presented To

## JOSHUA WILLIAMS

For Successfully Completing
**Substance Abuse Education**

Completion Date :
January 22, 2022

Course Location :
GTL LMS

Corrections Rehabilitation Institute



## Certificate of Completion

Corrections Rehabilitation Institute

Presented To

**JOSHUA WILLIAMS**

For Successfully Completing

**Family and Community Reunification**

Completion Date :
January 24, 2022

Course Location :
GTL LMS

Corrections Rehabilitation Institute

EXHIBIT 8



CRI®

Corrections Rehabilitation Institute

# Certificate of Completion

Presented To

**JOSHUA WILLIAMS**

*For Successfully Completing*
**Anger Management**

Completion Date:
January 23, 2022

Course Location:
GTL LMS

Corrections Rehabilitation Institute

EXHIBIT 9



# Certificate of Completion

### Corrections Rehabilitation Institute

Presented To

## JOSHUA WILLIAMS

For Successfully Completing

**Behavior Change**

Completion Date :
January 24, 2022

Course Location :
GTL LMS

Corrections Rehabilitation Institute



**Certificate of Completion**

Corrections Rehabilitation Institute

Presented To

**JOSHUA WILLIAMS**

For Successfully Completing

**Conflict Resolution**

Course Location :
GTL LMS

Completion Date :
January 23, 2022

Corrections Rehabilitation Institute

EXHIBIT 11



# Certificate of Completion

Corrections Rehabilitation Institute

Presented To

## JOSHUA WILLIAMS

For Successfully Completing

**Expectations and Outcomes**

Completion Date :
February 8, 2022

Course Location :
GTL LMS

Corrections Rehabilitation Institute



# CRi

Corrections Rehabilitation Institute

# Certificate of Completion

*Presented To*

## JOSHUA WILLIAMS

*For Successfully Completing*

**Entrepreneurship**

Completion Date :
January 22, 2022

Course Location :
GTL LMS

*Corrections Rehabilitation Institute*



# CRI
Corrections Rehabilitation Institute

## Certificate of Completion

*Presented To*

**JOSHUA WILLIAMS**

*For Successfully Completing*

**Career Resources**

*Completion Date :*
*February 8, 2022*

*Course Location :*
*GTL LMS*

*Corrections Rehabilitation Institute*



Corrections Rehabilitation Institute

# Certificate of Completion

*Presented To*

## JOSHUA WILLIAMS

*For Successfully Completing*

**Job Readiness**

Completion Date :
February 12, 2022

Course Location :
GTL LMS

Corrections Rehabilitation Institute



CRI

Corrections Rehabilitation Institute

# Certificate of Completion

*Presented To*

**JOSHUA WILLIAMS**

*For Successfully Completing*

**Skill Based Education**

*Completion Date :*
February 16, 2022

*Course Location :*
GTL LMS

*Corrections Rehabilitation Institute*



**Corrections Rehabilitation Institute**

# Certificate of Completion

### Presented To

## JOSHUA WILLIAMS

For Successfully Completing

**Time Management**

Completion Date :
February 19, 2022

Course Location :
GTL LMS

Corrections Rehabilitation Institute



# CRi

Corrections Rehabilitation Institute

## Certificate of Completion

*Presented To*

### JOSHUA WILLIAMS

*For Successfully Completing*

*Financial Literacy*

Completion Date :
February 23, 2022

Course Location :
GTL LMS

Corrections Rehabilitation Institute

# CRi

Corrections Rehabilitation Institute

# Certificate of Completion

*Presented To*

## JOSHUA WILLIAMS

*For Successfully Completing*

*Presentation Skills*

Completion Date :
January 23, 2022

Course Location :
GTL LMS

Corrections Rehabilitation Institute



# Certificate of Completion

Corrections Rehabilitation Institute

Presented To

## JOSHUA WILLIAMS

For Successfully Completing

**My SWOT - How to use your Knowledge**

Course Location :
GTL LMS

Completion Date :
February 10, 2022

Corrections Rehabilitation Institute



# STARTER U

The Brian Hamilton Foundation hereby certifies

## JOSHUA WILLIAMS

has completed the Starter U online entrepreneurship course.

Completion Date :
February 7, 2022

Brian Hamilton
Founder, Brian Hamilton Foundation

**BRIAN HAMILTON FOUNDATION**



# Certificate of Completion

Presented To

*Edward Williams*

For Successfully Completing

*Starter U - Inmates to Entrepreneurs: 3 - Additional Things To Know/Closing*

Completion Date :
February 7, 2022

Course Location :
GTL LMS

ACCI COGNITIVE LIFESKILLS



# Peace Education Program
## The Prem Rawat Foundation

This certificate acknowledges that

## JOSHUA WILLIAMS

has participated in the Peace Education Program

February 14, 2022



# Certificate of Completion

Presented To

## JOSHUA WILLIAMS

*For Successfully Completing*
**Skillsoft: Building Your Presentation**

*Completion Date :*
*February 17, 2022*

*Course Location :*
*GTL LMS*

*Skillsoft*

# skillsoft®

# Certificate of Completion

### Presented To

## JOSHUA WILLIAMS

*For Successfully Completing*

**Skillsoft: Ensuring Successful Presentation Delivery**

Completion Date :
February 23, 2022

Course Location :
GTL LMS

Skillsoft



# Certificate of Completion

Presented To

**JOSHUA WILLIAMS**

*For Successfully Completing*

**Skillsoft: Developing Your Business Ethics-update**

Completion Date :
February 19, 2022

Course Location :
GTL LMS

Skillsoft



# skillsoft®

# Certificate of Completion

*Presented To*

## JOSHUA WILLIAMS

*For Successfully Completing*

**Skillsoft: Cultivating Relationships with Your Peers**

Completion Date :
February 19, 2022

Course Location :
GTL LMS

Skillsoft



# Certificate of Completion

*Presented To*

## JOSHUA WILLIAMS

*For Successfully Completing*

***Skillsoft: Difficult People: Why They Act That Way and How to Deal with Them***

Completion Date :
February 21, 2022

Course Location :
GTL LMS

*Skillsoft*



skillsoft®

Certificate of Completion

Presented To

JOSHUA WILLIAMS

For Successfully Completing

Skillsoft: Establishing Self-confidence for Life

Completion Date :
February 24, 2022

Course Location :
GTL LMS

Skillsoft



# Certificate of Completion

*Presented To*

## JOSHUA WILLIAMS

*For Successfully Completing*

**Skillsoft: Interpersonal Communication:**
**Communicating with Confidence-update**

Completion Date :
March 6, 2022

Course Location :
GTL LMS

Skillsoft

# Skillsoft

## Certificate of Completion

Presented To

### JOSHUA WILLIAMS

For Successfully Completing

**Skillsoft: Self-improvement for Lifelong Success-update v2**

Completion Date :
March 12, 2022

Course Location :
GTL LMS

Skillsoft



skillsoft

Certificate of Completion

Presented To

JOSHUA WILLIAMS

For Successfully Completing

Skillsoft: Choosing and Using the Best Solution

Completion Date :
February 19, 2022

Course Location :
GTL LMS

Skillsoft