IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 17-195 |
| v. | ) |
| | ) |
| JOSHUA WILLIAMS | ) |

**ORDER OF COURT**

AND NOW, this  23rd  day of September 2022, upon consideration of the defendant's Motion for Court to View Sentencing Video Prior to Hearing, said motion is GRANTED. The defendant having waived playing the video filed at Document 148 in open court, this court shall view said video prior to the Sentencing Hearing in the above matter, and the video will not be played during said hearing.

BY THE COURT:

s/ Arthur J. Schwab
_____
Arthur J. Schwab
United States District Judge